# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-0354

_____

JOSEPH W. ATKINS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

August 22, 2019

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

RAY, C.J., and BILBREY and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph W. Atkins, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.